UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Sandra L. Stiltner-Morgan

Case No. 23-46608
Chapter 7
Debtor(s)   Hon. Mark A. Randon

_____/

# ORDER TO SHOW CAUSE WHY DEBTOR IS ENTITLED TO A DISCHARGE

A voluntary petition commencing a case under Title 11 of the United States Code was filed on **July 28, 2023** by the above entitled Debtor. This Court is advised that the Debtor has previously been granted a discharge in case no. **16-42915** that was filed on **March 1, 2016** in the Eastern District of Michigan. Pursuant to 11 U.S.C. §727(a)(8) and §727(a)(9) of the Bankruptcy Code, the Court cannot grant the Debtor a discharge if the Debtor has been (i) granted a discharge in a Chapter 7 or 11 case commenced within 8 years before filing this case; or (ii) granted a discharge in a Chapter 12 or 13 case commenced within the last 6 years before filing this case.

**IT IS ORDERED** that the Debtor(s) and attorney for the Debtor(s) appear before this Court on August 28, 2023 at 10:00 a.m. in Courtroom 1825, and show cause why the Debtor(s) is entitled to a discharge in view of 11 U.S.C. §727(a)(8) and §727(a)(9).

*Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least*

*five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use*

*Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called,*

*unmute phone and participate*.

**Signed on August 14, 2023**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**