**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION-DETROIT</u>**

**IN RE:**
**SANDRA L. STILTNER-MORGAN,**          Case No. 23-46608 mar
                                              Chapter 13
                       Debtor.                      HON. MARK A. RANDON
_____/

**<u>AFFIDAVIT OF INELIGIBILITY</u>**

STATE OF MICHIGAN   )
                                   ) ss.
COUNTY OF MONROE  )

I, Gregory T. Osment, attorney to the Debtor in the above referenced case, first being duly sworn, deposes and says;

1. That the Debtor, Sandra L. Stiltner-Morgan, has previously been granted a discharge in case no. 16-42915 that was filed on March 1, 2016, and therefore is not eligible for a discharge in case no. 23-46608 filed on July 28, 2023.

2. That the Debtor requests case no. 23-46608 to be dismissed.

3. That the Debtor will file Chapter 7 once eligible.

Further affiant saith not.

/s/Gregory T. Osment _____
Attorney for Debtor

         Subscribed and sworn before me using a remote electronic notarization platform under MCL 55.286b on the 15th day August, 2023 by Attorney Gregory T. Osment.

                                             /s/Joanne Prater_____
                                             Joanne Prater, Notary Public
                                             Monroe County, Michigan
                                             My commission expires: December 5, 2028